UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITRIN AUTO AND HOME INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>DAN DANG, et al.,<br><br>        Defendants. | Case No. 23-cv-06356-NC<br><br>**ORDER TO SHOW CAUSE REGARDING SERVICE OF FIRST AMENDED COMPLAINT** |

Plaintiff Unitrin Auto and Home Insurance Company filed its first amended complaint on May 1, 2024.  ECF 27.  Unitrin filed an executed waiver of service by Defendant Trang Thuy Doan Le on May 28, 2024.  ECF 28.  Unitrin has not filed proof of service on Defendant Dan Dang of the first amended complaint or a waiver of service by Dang.  Though Dang has not appeared in this action, Unitrin filed a proof of service of the original complaint on Dang in December 2023.  ECF 10.

Unitrin must show cause why Dang has not been served with the first amended complaint.  Unitrin must respond in writing by August 30, 2024.  Unitrin's response may not exceed two pages.

**IT IS SO ORDERED.**

Dated: August 23, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge